Aaron Bluthenthal and Monroe L. Bickart, partners under the firm name of Bluthenthal & Bickart, Appellants, v. Theodore Mohlmann, Appellee.

### In Banc.

Appeal from Circuit Court, Duval county; Rhydon M. Call, Judge.

Fleming & Fleming for appellants.

No appearance for appellee.

The bill in this cause was filed by the appellants against the appellee. There was decree for the defendant and the complainants appealed. Appeal dismissed on motion of counsel for the appellants.